
Todd M. Friedman (SBN 216752)
Darin Shaw (SBN 251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiffs

Tomio B. Narita (SBN 156576)
Jeffrey A. Topor (SBN 195545)
R. Travis Campbell (SBN 271580)
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, California  94104
Phone: (415) 283-1000
Fax: (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com
tcampbell@snllp.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH HRENKO AND FRANCISCA HRENKO,** | ) Case No.: 2:10-CV-02872-GEB-EFB ) |
| Plaintiffs, | ) **JOINT CASE MANAGEMENT** ) **STATEMENT** ) |
| vs. | ) Fed. R. Civ. P. 26(f) ) Hearing Date: March 14, 2011 |
| **SYNDICATED OFFICE SYSTEMS dba Central Control Financial,** | ) Hearing Time: 9:00 a.m. ) ) |
| Defendant. | ) Telephonic Appearances Requested |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel for Plaintiffs and counsel for Defendant conferred to discuss the matters set forth in Rule 16, Rule 26(f), and the Court's Order dated October 25, 2010, setting the Mandatory Case Management Conference. The parties request that the March 14, 2011 Case Management Conference be held telephonically as both lead counsel reside outside of the county of Sacramento. The parties hereby submit their Joint Case Management Statement:

**A.    Progress in the service of process:**

At this time, all named Defendants have been served.

**B.    Possible joinder of additional parties:**

At this time, Plaintiffs are not aware of any additional parties to be served, but asks that the time for service remain open until the completion of discovery. Defendant requests that the Court set a deadline specifying that any new parties must be added within 30 days of the Scheduling Conference, unless a motion for leave to add an additional party is granted upon a showing of good cause.

**C.    Amendment of Pleadings**

Plaintiffs do not intend to amend the Complaint at this time, but requests the right to do so until after its complete review of Defendant's collection file regarding Plaintiffs. Defendant requests that the Court set a deadline specifying that any new parties must be added within 30 days of the

Scheduling Conference, unless a motion for leave to add an additional party is granted upon a showing of good cause.

**D.     Jurisdiction and Venue:**

Plaintiffs assert that this Court's jurisdiction is based on 15 U.S.C. §1692k(d) and 28 U.S.C. §1331.

The parties are not aware of any issues regarding personal jurisdiction or venue.

**E.     Anticipated Motions and the scheduling of motions:**

Plaintiffs: Plaintiffs anticipate filing a motion for summary judgment.

Defendant: Defendant anticipates filing a motion for summary judgment.

**F.     Anticipated and Outstanding Discovery**

Plaintiffs: Plaintiffs intend to serve Defendant with interrogatories, requests for admissions, and requests for production of documents by March 21, 2011.  Plaintiffs intend to depose Defendant's employee with the most knowledge regarding Plaintiffs' file and Defendant's employee with the most knowledge of Defendant's FDCPA compliance procedures.

Defendant: Defendant intends to serve Plaintiffs with interrogatories requests for admissions, and requests for production. Defendant also intends to depose Plaintiff Joseph Hrenko and Plaintiff Francisca Hrenko.

**G.     Scheduling of Discovery:**

**1)     Disclosures:**

The parties will exchange the information required by Federal Rules of Civil Procedure 26(a)(1) on or before March 14, 2011.

**2)     All fact discovery will be commenced in time to be completed by November 7, 2011.**

The number of interrogatories, requests for admissions, and requests for production of documents, as well as the number and length of depositions shall be as set forth in the Federal Rules of Civil Procedure.

**3)     Limitations on Discovery:**

The parties do not require any limitations on discovery.  The parties will meet and confer regarding the terms of a Stipulated Protective Order if necessary.

**4)     Disclosure of expert witnesses and information under Federal Rule of Civil Procedure 26 (a)(2) due:**

All parties will provide the disclosures required on or before July 28, 2011. Counter-designations of experts will be made on or before August 26, 2011.  Expert discovery will be completed by December 15, 2011.

**H.     Scheduling:**

The parties propose that the cut-off date for fact discovery be November 7, 2011; the cut-off for expert discovery be December 15 15, 2011; the last day for the Court to hear dispositive motions be January 11, 2012, a

pretrial conference be held on March 12, 2012; and trial on June 14, 2012.

**I.    Trial**

Plaintiff requests a trial by jury.  The parties estimate that this case will take approximately 2 days for trial.   It is anticipated that the case will be ready for trial by June 14, 2012.

**J.    Appropriateness of Special Procedures:**

None.

**K.    Modification of Standard Pretrial Procedures**

None

**L.    Related Cases**

None.

**M.    Settlement and ADR**

The parties agree to mediation under ADR auspices.

**N.    Expedited Scheduling**

The Parties agree this case can be handled on an expedited basis.

Respectfully submitted this 28th day of February, 2011.

By:    _s/Todd M. Friedman
       Todd M. Friedman
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

By:    s/R. Travis Campbell
       R. Travis Campbell
       Simmonds & Narita LLP
       Attorney for Defendant

Filed electronically on this 28th day of February, 2011, with:

United States District Court CM/ECF system

Notification sent electronically on this 28th day of February, 2011, to:

Honorable Garland E. Burrell
United States District Court
Eastern District of California

R. Travis Campbell
Simmonds & Narita LLP
Attorney for Defendant

28th day of February, 2011

s/Todd Friedman
    Todd Friedman