UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HRENKO and FRANCISCA HRENKO,<br><br>Plaintiff,<br><br>vs.<br><br>SYNDICATED OFFICE SYSTEMS dba CENTRAL FINANCIAL CONTROL,<br><br>Defendant. | CASE NO.: 2:10-cv-02872 GEB EFB<br><br>**[PROPOSED] ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. P. 41**<br><br>The Honorable Garland E. Burrell, Jr. |

1  Pursuant to the parties' Stipulation and Joint Request for Dismissal, this
2  action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the
3  Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees
4  and costs.
5  IT IS SO ORDERED.
6
7  DATED: _____, 2011        By: _____
                                    United States District Judge
8